```
UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF ALABAMA
          SOUTHERN DIVISION
```

In re
ARTHUR LEE BRAGG                          Case No. 14-00356-JCO-13
PATRICE LYNETTE BRAGG
      Debtor(s).

### ORDER

This matter came on for hearing upon the motion of Daniel B. O'Brien, the Standing Chapter 13 Trustee for the Southern District of Alabama, to reduce the claim(s) of *CSC LOGIC* to the amount paid; Claim 3.

Disbursement checks issued to the creditor at the address on file have been returned to the Trustee by a third party, Clear Spring Loan Services, and have been voided by the Trustee. It appears that CSC Logic may no longer service this account [2000 Ford F150 vehicle; Account 8010977-1001]. No transfer or assignment of the claim has been filed with the Court.

Based on the foregoing, **IT IS ORDERED** that the Trustee's motion is **GRANTED**.

IT IS ORDERED that Claim 3 is **REDUCED** and **ALLOWED** for the amount previously paid, if any.

Dated: June 22, 2016

                                      JERRY C. OLDSHUE, JR.
                                      U.S. BANKRUPTCY JUDGE

Order prepared by
Daniel B. O'Brien
Chapter 13 Trustee